IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| IDENTITY SECURITY LLC,<br><br>           Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>           Defendant. | Civil Action No. 6:21-CV-460-ADA<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF AMY WANN IN SUPPORT OF
DEFENDANT APPLE INC.'S OPENING CLAIM CONSTRUCTION BRIEF**

I, Amy Wann, hereby declare:

    1.    I am an attorney with the law firm Desmarais LLP, and counsel-of-record for Defendant Apple Inc. ("Apple"). I have personal knowledge of the facts contained in this declaration and, if called upon to do so, I could and would testify competently to the matters herein.

    2.    Attached as Exhibit A is a true and correct copy of an excerpt (Applicant's July 25, 2007 Response) from the prosecution history for U.S. Patent No. 7,493,497.

    3.    Attached as Exhibit B is a true and correct copy of an excerpt (Applicant's May 9, 2005 Amendment) from the prosecution history for U.S. Patent No. 7,493,497.

    4.    Attached as Exhibit C is a true and correct copy of an excerpt (Applicant's September 21, 2005 Amendment) from the prosecution history for U.S. Patent No. 7,493,497.

    5.    Attached as Exhibit D is a true and correct copy of an excerpt (Applicant's December 16, 2009 Amendment) from the prosecution history for U.S. Patent No. 8,020,008.

    6.    Attached as Exhibit E is a true and correct copy of an excerpt (Applicant's September 23, 2010 Amendment) from the prosecution history for U.S. Patent No. 8,020,008.

7. Attached as Exhibit F is a true and correct copy of an excerpt (Applicant's August 11, 2011 Preliminary Amendment) from the prosecution history for U.S. Patent No. 8,489,895.

8. Attached as Exhibit G is a true and correct copy of an excerpt (Applicant's July 17, 2012 Amendment) from the prosecution history for U.S. Patent No. 8,489,895.

9. Attached as Exhibit H is a true and correct copy of an excerpt (Applicant's October 24, 2012 Amendment) from the prosecution history for U.S. Patent No. 8,489,895.

10. Attached as Exhibit I is a true and correct copy of an excerpt (Applicant's June 14, 2013 Preliminary Amendment) from the prosecution history for U.S. Patent No. 9,507,948.

11. Attached as Exhibit J is a true and correct copy of an excerpt (Applicant's September 8, 2000 Claims) from the prosecution history for U.S. Patent No. 7,493,497.

12. Attached as Exhibit K is a true and correct copy of an excerpt (Fig. 3) from Provisional Application No. 60/179,989.

13. Attached as Exhibit L is a true and correct copy of an excerpt (Applicant's April 2, 2008 Response) from the prosecution history for U.S. Patent No. 7,493,497.

14. Attached as Exhibit M is a true and correct copy of an excerpt (Examiner's May 30, 2008 Final Rejection) from the prosecution history for U.S. Patent No. 7,493,497.

15. Attached as Exhibit N is a true and correct copy of an excerpt (Applicant's August 22, 2008 Response) from the prosecution history for U.S. Patent No. 7,493,497.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on November 5, 2021.

/s/ Amy Wann
Amy Wann