# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| IDENTITY SECURITY LLC,<br>            Plaintiff,<br>v.<br><br>APPLE INC.<br>            Defendant. | Civil Action No. 6:21-CV-460-ADA<br><br>**Jury Trial Demanded** |

## JOINT CLAIM CONSTRUCTION STATEMENT

In accordance with the Court's Standing Order Governing Proceedings – Patent Cases (Version 3.5.1) and the Scheduling Order in this case, the parties in the above-captioned action submit this Joint Claim Construction Statement.

**I.**      **The Parties' Disputes**

There are two disputes between the parties. The first dispute involves whether certain terms are subject to 35 U.S.C. § 112, ¶ 6 and/or are indefinite. Defendant Apple Inc. ("Apple") submits that those terms are subject to 35 U.S.C. § 112, ¶ 6 and/or are indefinite. Plaintiff Identity Security LLC ("ISLLC") submits that those terms are not subject to 35 U.S.C. § 112, ¶ 6, are not indefinite, and do not require construction beyond their "plain and ordinary meaning." The second dispute involves terms that recite a "microprocessor identity." Apple proposes constructions for those terms. ISLLC proposes that those terms do not require construction beyond their "plain and ordinary meaning."

     **A.**      **Whether Certain Terms Are Subject to § 112, ¶ 6 and/or Are Indefinite.**

| Claim Term | Plaintiff's Construction | Defendants' Construction |
|---|---|---|
| "the digital identity data is bound to the microprocessor identity by encrypting the digital | This phrase is not subject to either paragraph 2 or 6 of 35 U.S.C. § 112. | § 112, ¶ 6 applies.<br><br>Function: "binding the digital identity data to the |

1

| Claim Term | Plaintiff's Construction | Defendants' Construction |
|---|---|---|
| identity data using an algorithm that uses the microprocessor identity"<br><br>('497 patent, claim 1) | Plain and ordinary meaning. | microprocessor identity by encrypting the digital identity data using the microprocessor identity"<br><br>Structure: microprocessor, e.g., Fig. 4, Fig. 6 (405, 605); no algorithm disclosed; indefinite.<br><br>Alternatively, to the extent §112, ¶ 6 does not apply: indefinite. |
| "the digital identity data is bound to the microprocessor identity device by encoding, using the microprocessor, the digital identity data using an algorithm that uses the microprocessor identity information"<br><br>('008 patent, claim 1) | This phrase is not subject to either paragraph 2 or 6 of 35 U.S.C. § 112.<br><br>Plain and ordinary meaning. | § 112, ¶ 6 applies.<br><br>Function: "binding the digital identity data to the microprocessor identity device by encoding the digital identity data using the microprocessor identity information"<br><br>Structure: microprocessor, e.g., Fig. 4, Fig. 6 (405, 605); no algorithm disclosed; indefinite.<br><br>Alternatively, to the extent §112, ¶ 6 does not apply: indefinite. |
| "the digital identity data is bound to the microprocessor identity device using an encryption algorithm and the microprocessor identity information"<br><br>('895 patent, claim 5) | This phrase is not subject to either paragraph 2 or 6 of 35 U.S.C. § 112.<br><br>Plain and ordinary meaning. | 112, ¶ 6 applies.<br><br>Function: "binding the digital identity data to the microprocessor identity device by encrypting the digital identity data using the microprocessor identity information"<br><br>Structure: microprocessor, e.g., Fig. 4, Fig. 6 (405, 605); no algorithm disclosed; indefinite.<br><br>Alternatively, to the extent §112, ¶ 6 does not apply: indefinite. |

| Claim Term | Plaintiff's Construction | Defendants' Construction |
|---|---|---|
| "the digital identity data is bound to the microprocessor by encrypting, using the microprocessor, the digital identity data using an algorithm that uses the microprocessor identity information"<br><br>('948 patent, claim 1) | This phrase is not subject to either paragraph 2 or 6 of 35 U.S.C. § 112.<br><br>Plain and ordinary meaning. | § 112, ¶ 6 applies.<br><br>Function: "binding the digital identity data to the microprocessor by encrypting the digital identity data using the microprocessor identity information"<br><br>Structure: microprocessor, e.g., Fig. 4, Fig. 6 (405, 605); no algorithm disclosed; indefinite.<br><br>Alternatively, to the extent §112, ¶ 6 does not apply: indefinite. |

B.  **Terms That Recite A "Microprocessor Identity."**

| Claim Term | Plaintiff's Construction | Defendants' Construction |
|---|---|---|
| "microprocessor identity that uniquely identifies the microprocessor"<br><br>('497 patent, claim 1) | Plain and ordinary meaning. | "identifier that uniquely identifies the microprocessor and that does not change once assigned" |
| "microprocessor identity information uniquely identifies the microprocessor"<br><br>('948 patent, claim 1) | Plain and ordinary meaning. | "identifier that uniquely identifies the microprocessor and that does not change once assigned" |
| "microprocessor identity information that uniquely identifies the microprocessor identity device"<br><br>('008 patent, claim 1; '895 patent, claim 5) | Plain and ordinary meaning. | "identifier that uniquely identifies the microprocessor identity device and that does not change once assigned" |

| | |
|---|---|
| **DESMARAIS LLP** | **SUSMAN GODFREY LLP** |
| //s/ *J. Stephen Ravel* | /s/ *John P. Lahad* |

| | |
|---|---|
| J. Stephen Ravel<br>Texas Bar No. 16584975<br>steve.ravel@kellyhart.com<br>KELLY HART & HALLMAN LLP<br>303 Colorado, Ste. 2000<br>Austin, Texas 78701<br>Tel: (512) 495-6400<br>Fax: (512) 495-6401<br><br>John M. Desmarais (*pro hac vice*)<br>Cosmin Maier (*pro hac vice*)<br>Leslie M. Spencer (*pro hac vice*)<br>Edward Geist (*pro hac vice*)<br>Joze Welsh (*pro hac vice*)<br>Amy Wann (*pro hac vice*)<br>Madeline Byrd (*pro hac vice*)<br><br>DESMARAIS LLP<br>230 Park Avenue<br>New York, NY 10169<br>Tel: 212-351-3400<br>Fax: 212-351-3401<br>jdesmarais@desmaraisllp.com<br>cmaier@desmaraisllp.com<br>lspencer@desmaraisllp.com<br>egeist@desmaraisllp.com<br>awann@desmaraisllp.com<br><br>*Attorneys for Defendant Apple Inc.* | John P. Lahad<br>jlahad@susmangodfrey.com<br>Texas Bar No. 24068095<br><br>Brian D. Melton<br>bmelton@susmangodfrey.com<br>Texas Bar No. 24010620<br><br>Meng Xi<br>mxi@susmangodfrey.com<br>CA Bar No. 280099<br><br>Taylor Hoogendoorn<br>thoogendoorn@susmangodfrey.com<br>D.C. Bar No. 1672463 (Admitted *pro hac vice*)<br>1000 Louisiana Street, Suite 5100<br>Houston, Texas 77002<br>Tel:  (713) 651-9366<br>Fax:  (713) 654-6666<br><br>*Attorneys for Plaintiff Identity Security LLC* |